# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.: 1:26–po–00548
                                                      Magistrate Judge Ignacio Torteya, III
Ismaray Hernandez–Molina

---

## JUDGMENT

On **3/2/2026**, the above named defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of entering the United States illegally, in violation of 8 U.S.C. §1325(a)(1), as charged in the Complaint; and the Court having asked the defendant whether he/she had anything to say why judgment should not be pronounced, and no sufficient cause to the contrary being shown or appearing to the Court;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

The defendant is hereby sentenced to time served; and

A $10.00 special assessment is hereby imposed and remitted by the Government.

DONE at Brownsville, Texas, on **3/2/2026**.

_____
Ignacio Torteya, III
United States Magistrate Judge